John Quincy Brown III (SBN: 60681)
Stephen W. Robertson (SBN: 228708)
Hardy Erich Brown & Wilson
A Professional Law Corporation
1000 G Street, 2nd Floor
Sacramento, CA 95814
Tel: (916) 449-3837
(916) 449-3888 [Fax]
jbrown@hebw.com
srobertson@hebw.com

**Attorneys for Defendant**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENELOPE COSTAMAGNA and GARY COSTAMAGNA,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY, an Ohio Corporation, ASTRAZENECA PHARMACEUTICALS LP, a Delaware entity, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00409-MCE-EFB<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)** |

THE PARTIES HEREBY STIPULATE AND AGREE that Defendant THE PROCTER & GAMBLE COMPANY, an Ohio Corporation ("P&G"), may have until May 26, 2017, to answer or otherwise respond to Plaintiff's Complaint in order to allow the parties time to determine if P&G should be dismissed from this action. This extension does not exceed the twenty-eight (28) days allowed under

1

2:17-cv-00409-MCE-EFB

Eastern District Local Rule 144(a). This is the first stipulation for an extension of time between the parties. Pursuant to Local Rule 144(a), approval of this stipulation by the Court is not necessary.

Dated: May 1, 2017    By:    */s/ Stephen W. Robertson*

           HARDY ERICH BROWN & WILSON
           Stephen W. Robertson (SBN 228708)
           srobertson@hebw.com

           Attorneys for Defendant

Dated: May 1, 2017    By:    */s/ Joshua H. Watson* (as authorized on 5/1/17)

           CLAYEO C. ARNOLD, APC
           Joshua H. Watson (SBN 238058)
           jwatson@justice4you.com

           Attorneys for Plaintiffs

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant should answer or otherwise respond to Plaintiffs' Complaint on or before Friday, May 26, 2017.

Dated: May 3, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

2:17-cv-00409-MCE-EFB

# CERTIFICATE OF SERVICE

The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Clayeo C. Arnold (SBN 65070)
Joshua H. Watson (SBN 238058)
Clayeo C. Arnold, APC
865 Howe Avenue
Sacramento, California 95825
Email: jwatson@justice4you.com

***Attorneys for Plaintiff***

On May 1, 2017, I served the foregoing **JOINT STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)** electronically through the CM/ECF system.

By: */s/ Crystal E. Holman*