John Quincy Brown III (SBN: 60681)
Stephen W. Robertson (SBN: 228708)
Hardy Erich Brown & Wilson
A Professional Law Corporation
1000 G Street, 2nd Floor
Sacramento, CA 95814
Tel: (916) 449-3837
(916) 449-3888 [Fax]
jbrown@hebw.com
srobertson@hebw.com

**Attorneys for Defendant, The Procter & Gamble Company**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENELOPE COSTAMAGNA and GARY COSTAMAGNA,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTOR & GAMBLE COMPANY, an Ohio Corporation, ASTRAZENECA PHARMACEUTICALS LP, a Delaware entity, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-00409-MCE-EFB<br><br>**JOINT STIPULATION AND ORDER TO DISMISS DEFENDANT, THE PROCTER & GAMBLE COMPANY, WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, without prejudice, only against Defendant, The Procter & Gamble Company, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii),

1

2:17-CV-00409-MCE-EFB

with the parties to bear their own costs.  Other defendants remain in this action, and plaintiffs will continue to pursue their action against them.

Dated: May 25, 2017                By:     */s/Stephen W. Robertson*

                HARDY ERICH BROWN & WILSON
                Stephen W. Robertson (SBN 228708)
                srobertson@hebw.com

                Attorneys for Defendant, The Procter & Gamble Company

Dated: May 25, 2017                By:     */s/ Joshua H. Watson* (as authorized on 5/25/17)

                CLAYEO C. ARNOLD, APC
                Joshua H. Watson (SBN 238058)
                jwatson@justice4you.com

                Attorneys for Plaintiffs

Dated: May 25, 2017                By:     */s/ Sharon D. Mayo* (as authorized on 5/23/17)

                ARNOLD & PORTER KAYE SCHOLER
                Sharon D. Mayo (SBN 150469)
                sharon.mayo@apks.com

                Attorneys for Defendant, AstraZeneca Pharmaceuticals LP

**ORDER**

Pursuant to the parties' stipulation and terms above, Defendant, The Procter & Gamble Company, is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: May 31, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

2:17-CV-00409-MCE-EFB